UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Daniel Askins                          ) | |
|                                        ) | |
|                                        ) | |
|         Plaintiff(s)                   ) | |
|                                        ) | Case No. 4:12cv01884 SNLJ |
|         vs.                            ) | |
|                                        ) | |
| Social Security Administration         ) | |
|                                        ) | |
|                                        ) | |
|         Defendant(s)                   ) | |

### ORDER

The above styled and numbered case was filed on October 16, 2012 and randomly assigned to the Honorable Stephen N. Limbaugh, Jr. , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.  The case should have been assigned to the Southeastern Division. Accordingly,

   **IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Shirely P. Mensah, United States Magistrate Judge, under cause number 1:12cv00174.   **IT IS FURTHER ORDERED** that cause number. 4:12cv01884 SNLJ be administratively closed.

Dated this 17th Day of October, 2012.              JAMES G. WOODWARD
                                                   CLERK OF COURT

                                                   By: /s/Michele Crayton
                                                        Deputy In Charge

**Please note the new case number: 1:12cv00174 SPM.**